AO450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

STEPHEN A. HELD,
Plaintiff,

V.

CHRIS MATTHEWS and KEITH BRUNKE,
dba MATTHEWS AVIATION,
Defendants.

**JUDGMENT IN A CIVIL CASE**

Case Number:   03:06-CV-361-ECR-VPC

**X Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED
that Judgment is hereby entered in favor of the defendants and against plaintiff, pursuant to Jury Verdict.

```
FILED        RECEIVED
ENTERED      SERVED ON
       COUNSEL/PARTIES OF RECORD

         MAR 17 2008

     CLERK US DISTRICT COURT
       DISTRICT OF NEVADA
BY:                        DEPUTY
```

March 17, 2008
Date

LANCE S. WILSON, CLERK
Clerk

_/s/ Laussen_
(By) Deputy Clerk